UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENEE PIPKINS, ET AL.

CIVIL ACTION

VERSUS

16-83-SDD-EWD

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ET AL.

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 17, 2016. Plaintiffs have filed an *Objection*[3] and Defendants have filed a *Response*[4] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS HEREBY ORDERED** that State Farm Mutual Insurance Company's and State Farm Fire and Casualty Company's *Motion to Dismiss*[5] is granted without prejudice to the right of Plaintiffs to file an Amended Complaint within fourteen (14) days from entry of this *Order*.

Baton Rouge, Louisiana the 31 day of October, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 40.
[3] Rec. Doc. 44.
[4] Rec. Doc. 54.
[5] Rec. Doc. 20.